

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PASTORA LEON, on behalf of herself and all other similarly situated persons, known and unknown,<br><br>                      Plaintiff,<br>v.<br><br>EL-MILAGRO, INC.,<br><br>                      El-Milagro. | Case: 1:11-cv-04255<br><br>Judge James B. Zagel<br>Magistrate Judge Arlander Keys |

## ORDER OF PRELIMINARY APPROVAL

Upon consideration of the Joint Motion for Preliminary Approval of the class-wide settlement and its supporting memorandum, exhibits, and affidavit, and

It appearing that the proposed settlement is fair and reasonable, and

It further appearing that Notice of the Proposed Settlement and an opportunity to object will be sent to all class members,

It is therefore this 14th day of August, 2012

ORDERED that the parties' class-wide settlement is preliminarily fair and reasonable;

ORDERED that Plaintiff Pastora Leon is appointed as the representative plaintiff in this class action;

ORDERED that Alejandro Caffarelli, Marc Siegel, and Bradley Manewith; Caffarelli & Siegel Ltd. are appointed as Class Counsel for the Settlement Class;

ORDERED that for purposes of settlement a Settlement Class is certified consisting of the following class:

> The "Settlement Class" or the "Class" consists of current or former hourly employees who worked at El Milagro's Chicago processing plants at any

period of time from July 1, 2008, to June 30, 2012 who submit a timely Claim Form:

ORDERED that:

- Simpluris, Inc is hereby appointed as Claims Administrator to serve the Court in administering the notice, objection and claim process and administering the settlement agreement, if preliminarily or finally determined to be fair;

- Within ten days of the date of this order, the Claims Administrator shall send by first-class mail the Notice of Proposed Settlement (including Claim Form and Opt-Out Form) to all class members;

- Class members shall opt-out, lodge objections, or submit claims as set forth in the Notice of Proposed Settlement (including Claim Form), which were jointly proposed by the parties and filed with the Court;

ORDERED that the form and content of the Notice of Proposed Settlement is adequate, proper, comports with Due Process and are hereby approved; and it is

ORDERED that a final fairness hearing be held on November 28, 2012 at 11:00 a.m. in Courtroom No. 2503.

Counsel for the parties are hereby authorized to jointly use all reasonable procedures in connection with approval and administration of the settlement that are not materially inconsistent with this Order or the Settlement Agreement, including making, without further approval of the Court, minor changes to the form or content of the Notice, and other exhibits that they jointly agree are reasonable or necessary.

　　　　　　　　　　　　　　　　　　　Honorable James B. Zagel
　　　　　　　　　　　　　　　　　　　United States District Judge
　　　　　　　　　　　　　　　　　　　August 14, 2012